C. Alex Naegele (SBN 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone:(408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Defendants
NICHOLAS KRAEMER, BARRETT RAFTERY, and
DOORMAN PROPERTY MANAGEMENT, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | BK Case No. 15-30912-DM |
| DOORMAN PROPERTY MAINTENANCE, INC. | Chapter 7 |
| Debtor. | Adv. Pro. No. 16-03072 |
| | **MOTION TO DISMISS COMPLAINT** |
| ANDREA A. WIRUM, TRUSTEE, | Date: December 16, 2016 |
| Plaintiff, | Time: 10:00 a.m. |
| v. | Place: 450 Golden Gate Ave. |
| | 16th Floor, Courtroom 17 |
| NICHOLAS KRAEMER, BARRETT RAFTERY, and DOORMAN PROPERTY MANAGEMENT, INC. | San Francisco, CA, 94102 |
| | Judge: Hon. Dennis Montali |
| Defendants. | |

Defendants Nicholas Kraemer, Barrett Raftery, and Doorman Property Management, Inc. (collectively "Defendants") move the Court, pursuant to Federal Rule of Bankruptcy Procedure 7012(b), as it incorporates Federal Rule Of Civil Procedure 12(b)(6), to dismiss the complaint (the "Complaint") filed by the trustee (the "Trustee") in the above captioned case against them.

The following claims in the Trustee's Complaint fail to state a cause of action pursuant to Federal Rule Of Civil Procedure 12(b)(6):

1) The Complaint's Third Claim For Gross Negligence Fails To State A Cause Of Action Because No Such Cause Of Action Exists Under California Law.

2) The Complaint's Fifth Claim For Unjust Enrichment Fails To State A Cause Of Action Because No Such Cause Of Action Exists Under California Law, And California Case Law Specifically States No Cause Of Action May Be Brought For Restitution On An Unjust Enrichment Theory When The Complaint Seeks Tort Or Statutory Causes Of Action Based Upon The Same Underlying Conduct.

3) The Complaint's Second Claim For Breach Of Fiduciary Duty By Abuse Of Control Fails To State A Cause Of Action Because No Such Cause Of Action Exists Under California Law.

4) The Complaint's Eighth Claim For Relief For Recovery Of Preferential Transfers Pursuant To 11 U.S.C. § 547(b) Fails To State A Cause Of Action Because The Facts Alleged Do Not Support The Legal Conclusion That The Transfers Were Payments On An Antecedent Debt.

5) The Complaint's Tenth Cause Of Action For Turnover Of Property Of The Estate Under 11 U.S.C. § 542(a) Fails To State A Cause Of Action Because Defendant's Judicially Noticeable Facts Show That Title Of The Property Is In Dispute, Thereby Precluding A Cause Of Action For Turnover Of Assets.

6) The Complaint's Eleventh Cause Of Action For Injunctive Relief Fails To State A Cause Of Action Because Case Law Prohibits Collecting Disputed Property Of The Estate Via Injunction And 11 U.S.C. § 362(a) Injunction's Does Not Apply To Disputed Property.

7) The Complaint's Ninth Claim For Relief Fails To State A Cause Of Action Under 11 U.S.C. § 723 Because The Debtor In This Case Is A Corporation, The Substantive Consolidation Did Not Transmute Corporate Debts To Partnership Ones, And No Creditor Received A Judgment Against The Individual Partners Prior To Bankruptcy.

8) The Complaint's Sixth And Seventh Claims For Relief For Fraudulent Transfer Under 11 U.S.C. § 548 Fail To State Causes Of Action Under *Iqbal, Twombly*, and FRCP 9.

9) The Complaint Does Not Plead A Cause Of Action For Conversion Because Defendants Nicholas Kraemer And Barrett Raftery Had A Possessory Interest And Legal Right To Be Paid The Funds The Trustee Alleges Were Converted.

10) The Complaint's Request For Punitive Damages Fails To State A Claim For Which Relief Can Be Granted Because The Ninth Circuit Has Ruled That Punitive Damages Are Not Available In Bankruptcy

WHEREFORE, Defendants move this Court for an order dismissing the above claims from the Complaint, and for an order that the claims which cannot be cured by amendment be dismissed with prejudice, and for such other and further relief as the Court deems fair and equitable under the circumstances

                              Respectfully submitted.

**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**

Date: October 31, 2016         By: /s/ C. Alex Naegele
                                       C. Alex Naegele
                                       Attorney for Defendants
                                       NICHOLAS KRAEMER, BARRETT RAFTERY, and DOORMAN PROPERTY MANAGEMENT, INC.